MHW

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
DONALD L. BROCK

**DEFENDANTS**
MEDTRONIC, INC., MEDTRONIC PUERTO RICO, INC. and MEDTRONIC PUERTO RICO OPERATIONS CO.

**(b)** County of Residence of First Listed Plaintiff  Will
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
MAR 2 4 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Hal J. Kleinman, Esq., JANET, JENNER & SUGGS, LLC, 1829 Reisterstown Road, Suite 320, Baltimore, Maryland 21208, (410) 653-3200

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 / 620 / 625 / 630 / 640 / 650 / 660 / 690 | 08CV1707 JUDGE KENNELLY MAGISTRATE JUDGE BROWN | 810 Selective Service / 850 Security/Commodity/Exch. / 875 Customer Challenge 12 USC 3410 / 891 Agricultural Acts / 892 Economic Stabilization Act / 893 Environmental Matters / 894 Energy Allocation Act / 895 Freedom of Information Act / 900 Appeal of Fee Determination Under Equal Access to Justice / 950 Constitutionality of State Statutes / 890 Other Statutory Actions |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | | | |
| 130 Miller Act | 315 Airplane Product Liability / [x] 365 Personal Injury—Product Liability | | | |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | | | |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | |
| 151 Medicare Act | 340 Marine | | | |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability / PERSONAL PROPERTY | | | |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | LABOR | SOCIAL SECURITY | |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | 861 HIA (1395ff) | |
| 190 Other Contract | 360 Other Personal Inj. / 380 Other Personal Property Damage | 720 Labor/Mgmt. Relations | 862 Black Lung (923) / 863 DIWC/DIWW (405(g)) / 864 SSID Title XVI / 865 RSI (405(g)) | |
| 195 Contract Product Liability | | 730 Labor/Mgmt.Reporting & Disclosure Act | | |
| 196 Franchise | | 385 Property Damage Product Liability | | |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 740 Railway Labor Act | FEDERAL TAX SUITS | |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence Habeas Corpus: | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 220 Foreclosure | 442 Employment | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | | | |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | | |
| 245 Tort Product Liability | 445 ADA—Employment / 540 Mandamus & Other | | | |
| 290 All Other Real Property | 446 ADA — Other / 550 Civil Rights | | | |
| | 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
28 U.S.C. §1332(1)

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ over 75,000
CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

**IX. This case**
[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 3/20/08

SIGNATURE OF ATTORNEY OF RECORD [signature]