# JANET, JENNER & SUGGS, LLC
*Attorneys at Law*

Howard A. Janet, P.C.*
Kenneth M. Suggs•
Robert K. Jenner, P.C. ⁘
Jean M. Jones, R.N., J.D. ⁘
Stephen C. Offutt*ⁱ⁰
John C. Hensley, Jr.°

**Maryland Office**
Woodholme Center
1829 Reisterstown Road
Suite 320
Baltimore, Maryland 21208
(410) 653-3200   Fax (410) 653-9030

**South Carolina Office**
500 Taylor Street
Columbia, South Carolina 29201
(803) 726-0050   Fax (803) 727-1059

**North Carolina Office**
366 Merrimon Avenue
Asheville, North Carolina 28801
(888) 463-3529   Fax (828) 252-1874

Gerald D. Jowers, Jr.•
John J. Cord*ⁱ•
Sharon R. Guzejko*
Keith D. Forman*⁘
Francis M. Hinson, IV•
Dianna M. Morris*

*Of Counsel*
Giles H. Manley, M.D., J.D.⁘

info@medlawlegalteam.com
www.medlawlegalteam.com
Toll Free (888) 463-3529

* Member of Maryland Bar
• Member of South Carolina Bar
ⁱ Member of District of Columbia Bar
⸱ Member of Pennsylvania Bar
ⁱ Member of Georgia Bar
⁻ Member of Minnesota Bar
° Member of North Carolina Bar

*Please respond to the Maryland office*

08C 1707

April 8, 2008

**FILED**
APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Jeffrey N. Luthi
Clerk of the Panel
**Judicial Panel on Multi-District Litigation**
One Columbus Circle, N.E.
Room G-255, N. Lobby
Washington, D.C. 20002-8004

Re:   In re: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation
      MDL Number: 1905
      <u>Tag Along Notice for *Donald L. Brock v. Medtronic, Inc., et al.*</u>

Dear Mr. Luthi:

In compliance with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff herein notifies the Clerk of the Panel of the additional tag-along action identified above, and request that tag-along procedures be utilized in transferring this action to the United States District Court for the District of Minnesota.

A copy of Plaintiff's complaint is attached for your convenience. If you have any questions or concerns regarding this matter, please contact our office at any time. Thank you for your assistance in this procedure.

Very truly yours,

Hal J. Kleinman

HJK:jrk

JANET, JENNER & SUGGS, LLC
*Attorneys at Law*

Enclosures: Complaint

cc:   Clerk, United States District Court
      For the Northern District of Illinois

### TAG ALONG NOTICE

| Case Caption | Transferor Court Docket # | Transferor Court | Plaintiffs' Counsel |
|---|---|---|---|
| *Donald L. Brock v. Medtronic, Inc., et al* | 1:08-cv-1707 | United States District Court for the Northern District of Illinois | Hal J. Kleinman, Esq., Robert K. Jenner, Esq., John J. Cord, Jr., Esq., Janet, Jenner & Suggs, LLC |