Case 1:08-cv-01707  Document 7  Filed 05/06/2008  Page 1 of 2
Case 0:08-md-01905-RHK-JSM  Document 26  Filed 05/02/2008  Page 1 of 2

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 0 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

**08 C 1707**

## CONDITIONAL TRANSFER ORDER (CTO-5)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). Since that time, 63 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR 2 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
**MAY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCANNED
MAY 2 2008
U.S. DISTRICT COURT MPLS

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                     MDL No. 1905

## SCHEDULE CTO-5 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  08-202               Karin Graziani v. St. Jude Medical, Inc., et al.   08-1207

ILLINOIS NORTHERN
  ILN  1  08-1707              Donald L. Brock v. Medtronic Puerto Rico, Inc., et al.   08-1208

INDIANA SOUTHERN
  INS  3  08-43                Belinda Jean Klein v. Medtronic, Inc., et al.   08-1209

LOUISIANA WESTERN
  LAW  3  08-386               James C. Harrell v. Medtronic, Inc., et al.   08-1210
  LAW  5  08-370               Dianne Mitchell, et al. v. Medtronic, Inc., et al.   08-1211

NEW YORK EASTERN
  NYE  1  08-881               Lorraine Suzette Baraibar, et al. v. Medtronic, Inc.   08-1212
  NYE  2  08-740               Charles Baldassano, et al. v. Medtronic, Inc.   08-1213

TEXAS EASTERN
  TXE  5  08-50                Tyrone Hooks, et al. v. Medtronic, Inc., et al.   08-1214

TEXAS SOUTHERN
  TXS  4  08-841               Robert L. Jones, etc. v. Medtronic, Inc., et al.   08-1215
  TXS  4  08-843               Carolyn W. Smith, etc. v. Medtronic, Inc., et al.   08-1216
  TXS  4  08-845               Barbara Cynthia Ann Hudgins, etc. v. Medtronic, Inc., et al.   08-1217
  TXS  4  08-847               Howard Price v. Medtronic, Inc., et al.   08-1218
  TXS  4  08-856               Jubal Ali v. Medtronic, Inc., et al.   08-1219
  TXS  4  08-873               Melissa S. Gray, etc. v. Medtronic, Inc., et al.   08-1220
  TXS  4  08-943               Joan Gedra, etc. v. Medtronic, Inc., et al.   08-1221