

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

May 6, 2008

Minnesota District Court
United States Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

    *RE:*    Brock v. Medtronic Puerto Rico, Inc et al
    *Case No:* 1:08-cv-01707

Dear Clerk:

Pursuant to the transfer order entered by US Judicial Panel on Multidistrict Litigation on April 10, 2008, the above record was electronically transmitted to the USDC for the District of Minnesota.

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By:    / s/ Tiana Davis
            Deputy Clerk

Enclosure

New Case No. _____    Date _____

cc: Hal Jon Kleinman, counsel for Donald L. Brock